UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                           CASE NO. 8:13-CR-136-T-17TBM

JOSEPH DANIELE.

_____/

ORDER

This cause is before the Court on:

Dkt. 99      Motion for Status Report or Hearing

The assigned Magistrate Judge conducted a hearing with counsel for the Government and Defendant's former counsel via telephone on May 31, 2016 (Dkt. 93). As to Defendant Daniele's Motion to Compel the Government and Defendant's counsel to produce documents (Dkt. 88), the assigned Magistrate Judge entered an Order granting Defendant's Motion in part and denying it in part. (Dkt. 95, Exh. 1, attached).

After consideration, the Court grants the Motion for Status Report and denies the Motion for Hearing. Accordingly, it is

**ORDERED** that the Motion for Status Report (Dkt. 99) is **granted**; the Motion for Hearing is **denied**. The Clerk of Court is directed to mail a copy of this Order to Defendant Daniele at the following address:

Joseph Daniele
Reg. # 51781-018
Federal Correctional Institution
P. O. Box 1000
Morgantown, WV   26507

Case No. 8:13-CR-136-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Joseph Daniele, pro se